UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF FLORIDA

12cr20914 WPD

JOHNNY ROY TARVER,

        Petitioner,

FILED BY _____ D.C.

DEC 16 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

-vs-

UNITED STATES OF AMERICA,

        Respondent,

MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. & 3582(c)(2) & 1B1.10 of the U.S.S.G. Case No. 12-20914-CR-WPD)

MOTION IN SUPPORT OF DEFENDANT'S REQUEST FOR MODIFICATION OF HIS SENTENCE UNDER 18 U.S.C. 3582(c)(2)

    This motion before the Honorable Court, for Modification of Sentence Pursuant to Title 18 U.S.C. & 3582(c)(2) & 1962(d), counts.

    Now comes the Defendant, Johnny Roy Tarver, pro se, and respectfully moves this Honorable Court, pursuant to 18 U.S.C. sub-section 3582(c)(2) and subsection 1B1.10 of the Sentencing Guidelines, to reduce defendants sentence based upon the amendment to 1B1.10 of the Sentencing Guidelines to become effective November 1, 2014 and retroactive November 1,

2014 concerning the two-level reduction.

In support thereof, Defendant states as follows:

(1) On July 8, 2013, the Defendant was sentenced to a term of imprisonment of 180 months by this Honorable Court on the following counts: (1) Knowingly and willfully conspiring to possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 846. Applying the applicable provisions of the guidelines as they existed on the date of the defendant's sentencing for (1) Knowingly and willfully conspiring to possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, based on sub-section 2D1.1(c) of the Guideline this gave the defendant a base offence level of 31;

(2) On July 18, 2014, the Sentencing Commission publicly voted unanimously to make the two-level reduction amendment apply to prisoners sentenced before November 1, 2014, for all drug offenses. The effective date of retroactivity is November 1, 2014. This would lower the defendants sentence to 188 to 235 months with a based level 29 criminal history VI

(3) As established under sub-section 1B1.10 of the Sentencing Guidelines, this amendment is retroactive. Therefore the defendant is entitled to be resentence under the retroactivity applied amendment;

(4) After the appropriate adjustments are calculated, the Defendant's time for the purposes of resentencing is 151 to 188;

(5) The Defendant's criminal history computation and time (sentence) remains a VI as, computed in the Presentence

Report;

(6) The suggested guideline range for an offense today will give the defendant with Level 29 with a Criminal History Category VI, 151 to 188.

(7) If this Honorable Court maintains its position and imposes the same area of the new range, the Defendants new sentence 151;

(8) Petitioner asks this Court to determine the motion under the less stringent standards provided for pro se litigants, as opposed to stricter standards applied to licensed attorneys, as outlined in Haines v. Kerner, 404 U.S. 519, 520, 92 S. Ct. 594, 30 L. Ed. 2d 652 (1972); Gordon v. Leeks, 574 F.2d 1147, 1152-53 (4th Cir. 1978)

WHEREFORE, based on the foregoing arguments and authorities, this Honorable Court is respectfully urged to reduce the Defendant's sentence and enter a new Judgement in this Case showing the appropriate changes in the Defendant's sentence, and any other and further relief which this Honorable Court deems just and fair.

Respectfully submitted,

*Johnny Roy Tarver* (signature)

Johnny Roy Tarver

No. 01331-104

U.S. Penitentiary Lee

P.O. Box 305

Jonesville VA.

24263-0305

December 9, 2014

Dear Honorable Judge William P. Dimitrouleas,

Enclosed you will find my official 18 U.S.C. 3582 (c)(2). The U.S. sentencing commission voted on July 18, 2014, to make two level guidelines reduction retroactive effective November 1st, 2014. After all guidelines adjustments my total amended offense level is a 29, with a criminal history category VI. A total offence level of 29 and criminal history VI, warrant sentencing range of (151 to 188).

Understanding the H.R. 2316 (The fair sentencing clarification Act of 2014) enacted by Congress. The court may reduce my sentence below 151 months. I am asking the court reduce my sentence to my mandatory minimum of 151 or any relief this Honorable court find suitable.

Also Enclosed I have copies of certificates that I've taken since I've been incarcerated. Also please write back to let me know that you are accepting the motion and I want to thank your Honor in advance.


Respectfully submitted,

*Johnny Roy Tarver*

Johnny Roy Tarver,

No. 01331-104

U.S. Penitentiary Lee

P.O. Box 305

Jonesville VA.

24263-0305

November 9, 2014



U. S. PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville, VA 24263
DATE _12-11-14_

"Special / Legal Mail"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has no jurisdiction, it may be returned to the writer. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

Earthwise
AMPAD